**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DALESA MONEY DRAUGHN ) | Case No. 25−34361−FJS |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO INCUR DEBT**

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Incur Debt, states as follows:

1.      The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 31, 2025.

2.      The Debtor has applied for, and West Broad Hyundai has approved a loan to the Debtor in the amount of $26,758.00 plus interest at 15.00% per annum to be repaid with 72 equal monthly payments of $578.52 for the purchase of a 2026 Hyundai Venue or similar vehicle.

3.      The Debtor needs to purchase the referenced vehicle because the lienholder on the Debtor's current vehicle was granted relief from the automatic stay and will soon be repossessing the vehicle, and the Debtor needs reliable transportation to commute to work and for other matters.

4.      The purchase of the vehicle is in the best interest of the Debtor and will facilitate Debtor's ability to perform under the Chapter 13 Plan filed herein.

5.      The Debtor's Chapter 13 Plan has been confirmed.

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

DALESA MONEY DRAUGHN

By: /s/ James E. Kane
                Counsel

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
                James E. Kane

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DALESA MONEY DRAUGHN | ) | Case No. 25−34361−FJS |
| | ) | Chapter 13 |
| Debtor | ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed Motion to Incur Debt in the above matter.

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION IS FILED WITH THE CLERK OF COURT AND SERVED ON THE DEBTOR(S) WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS MOTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR JULY 29, 2026 AT 11:00 A.M. AT U.S. BANKRUPTCY COURT, 701 EAST BROAD STREET, ROOM 5000, RICHMOND, VA 23219.**

Dated:  July 20, 2026

DALESA MONEY DRAUGHN

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

Ability Recovery Services LLC
Attn: Bankruptcy
284 Main St
Dupont, PA 18641


Addison at Crater Woods
200 Addison Way
Petersburg, VA 23805


Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cedar Financial
Attn: Bankruptcy
5230 Las Virgenes Rd
Calabasas, CA 91302


Credence Resource Management, LLC
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195


Cyprus Finance Co., Inc.
c/o Tariq K. Louka, RA
2101 Parks Ave., Ste 500
Virginia Beach, VA 23451


Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501


Erin LT Ranney PLLC
9842 Lori Rd Suite 101
Chesterfield, VA 23832


Gm Financial
Attn: Bankruptcy
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102

MCV Associated Physicians
7818 East Parham Road
Henrico, VA 23294


Ortho Virginia
PO Box 35725
Richmond, VA 23235


Parr & Abernathy Realty, Inc
701 W Broadway Ave
Hopewell, VA 23860


Sharlene Saunders
6200 Laconia Dr
Richmond, VA 23223


Simpson Houseing LLP
c/o Godwin-Jones Price
20 South Auburn Ave
Richmond, VA 23221


Stt/tab Bank/flexlendi
901 W Yamato Road, Suite 260
Boca Raton, FL 33431


Thaddeus Bechtle, Esq.
2396 Liberty Way, Ste. 200
Virginia Beach, VA 23456


Tilt/Empower Cash Advance
Tilt, Attn: Bankruptcy
660 York St
San Francisco, CA 94110


Trustice Law Group
5 E Franklin St
Richmond, VA 23219


Verizon Wireless
Attn: Bankruptcy Department
P.O.Box 408
Newark, NJ 07101