**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DALESA MONEY DRAUGHN ) | Case No. 25−34361−FJS |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON MOTION**
**TO INCUR DEBT AND TO SHORTEN NOTICE PERIOD**

COMES NOW the Debtor, by counsel, and moves this Court to Expedite the Hearing on her

Motion to Incur Debt and to Shorten Notice Period, and in support thereof states as follows:

1.      The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on

October 31, 2025.

2.      The Debtor has applied for and West Broad Hyundai has approved a loan to the

Debtor in the amount of $26,758.00 plus interest at 15.00% per annum to be repaid with 72 equal

monthly payments of $578.52 for the purchase of a 2026 Hyundai Venue or similar vehicle.

3.      The Debtor needs to purchase the referenced vehicle because the lienholder on the

Debtor's current vehicle was granted relief from the automatic stay, and the Debtor needs

reliable transportation to commute to work and for other matters.

4.      The purchase of the vehicle is in the best interest of the Debtor and will facilitate

Debtor's ability to perform under the Chapter 13 Plan filed herein.

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

5.      The Debtor needs to expedite the Motion to Incur Debt because the Debtor's current vehicle is subject to repossession following the Order granting relief from the automatic stay to the lienholder, and the Debtor cannot afford to wait for the standard notice period to elapse before securing reliable transportation to commute to work.

6.      The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on her Motion to Incur Debt, Shorten the Notice Period required for said Motion, conduct a hearing on said Motion on July 29, 2026 at 11:00 A.M. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219, and for such other and further relief as is just and proper.

Dated:  July 20, 2026                          DALESA MONEY DRAUGHN


                                               By:  /s/ James E. Kane
                                                    Counsel

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

2

## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1.      I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2.      I have not created the emergency through any lack of due diligence.

3.      I have made a *bona fide* effort to resolve the matter without hearing.

By:  ___/s/ James E. Kane_____
                James E. Kane

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                                  )
                                        )
DALESA MONEY DRAUGHN                     )          Case No. 25−34361−FJS
                                        )          Chapter 13
                    Debtor              )

**NOTICE OF MOTION**

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to her Motion to Incur Debt.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 1 DAY OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 20, 2026                              DALESA MONEY DRAUGHN


                                        By:  /s/ James E. Kane
                                             Counsel

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.


/s/ James E. Kane
Counsel for Debtor

Ability Recovery Services LLC
Attn: Bankruptcy
284 Main St
Dupont, PA 18641


Addison at Crater Woods
200 Addison Way
Petersburg, VA 23805


Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cedar Financial
Attn: Bankruptcy
5230 Las Virgenes Rd
Calabasas, CA 91302


Credence Resource Management, LLC
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195


Cyprus Finance Co., Inc.
c/o Tariq K. Louka, RA
2101 Parks Ave., Ste 500
Virginia Beach, VA 23451


Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501


Erin LT Ranney PLLC
9842 Lori Rd Suite 101
Chesterfield, VA 23832


Gm Financial
Attn: Bankruptcy
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102

MCV Associated Physicians
7818 East Parham Road
Henrico, VA 23294


Ortho Virginia
PO Box 35725
Richmond, VA 23235


Parr & Abernathy Realty, Inc
701 W Broadway Ave
Hopewell, VA 23860


Sharlene Saunders
6200 Laconia Dr
Richmond, VA 23223


Simpson Houseing LLP
c/o Godwin-Jones Price
20 South Auburn Ave
Richmond, VA 23221


Stt/tab Bank/flexlendi
901 W Yamato Road, Suite 260
Boca Raton, FL 33431


Thaddeus Bechtle, Esq.
2396 Liberty Way, Ste. 200
Virginia Beach, VA 23456


Tilt/Empower Cash Advance
Tilt, Attn: Bankruptcy
660 York St
San Francisco, CA 94110


Trustice Law Group
5 E Franklin St
Richmond, VA 23219


Verizon Wireless
Attn: Bankruptcy Department
P.O.Box 408
Newark, NJ 07101