**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:                                                )
                                                       )
DALESA MONEY DRAUGHN,                )          Case No. 25-34361-FJS
                                                       )          Chapter 13
                                                       )
                               Debtor.         )

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

Upon consideration of the Debtor's Motion to Expedite Hearing (Docket No. 35) on her Motion

to Incur Debt (Docket No. 34), it is

**ORDERED:**

1. The motion to expedite hearing is granted, and a hearing on the Debtor's Motion to

Incur Debt (Docket No. 34), will be held on **Wednesday, July 29, 2026, at 11:00 a.m.** at 701 E.

Broad Street, Courtroom 5000, Richmond, VA 23219.

2. The requirement of filing a written opposition is waived.

3. Counsel for the Movant shall give notice of this hearing by close of business on **July**

**21, 2026**.

4. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the

parties listed below.

Date: Jul 20 2026                                        /s/ Brian F Kenney
_____               _____
                                                              Brian F. Kenney
Alexandria, Virginia                              Chief United States Bankruptcy Judge

Copies to:                                               Entered On Docket:   Jul 21 2026

Dalesa Money Draughn                          James E. Kane, Esquire
1521 N. 22nd St.                                    1313 East Cary Street
Richmond, VA 23223                            P.O. Box 508
*Chapter 13 Debtor*                              Richmond, VA 23218-0508
                                                              *Counsel for Debtor*

1

Suzanne E. Wade
7202 Glen Forest Dr., Suite 202
Richmond, VA 23226
*Chapter 13 Trustee*

Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219