**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DALESA MONEY DRAUGHN ) | Case No. 25−34361−FJS |
| ) | Chapter 13 |
| Debtor ) | |

**ORDER GRANTING MOTION TO INCUR DEBT**

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtor; and it

APPEARING TO THE COURT that the Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 31, 2025; and it

FURTHER APPEARING that the Debtor has applied for and West Broad Hyundai has approved a loan to the Debtor in the amount of $26,758.00 plus interest at 15.00% per annum to be repaid with 72 equal monthly payments of $578.52 for the purchase of a 2026 Hyundai Venue or similar vehicle; the Debtor needs to purchase the referenced vehicle because the lienholder on the Debtor's current vehicle was granted relief from the automatic stay and will soon be repossessing the vehicle, and the Debtor needs reliable transportation to commute to work and for other matters; the purchase of the vehicle is in the best interest of the Debtor and will facilitate Debtor's ability to perform under the Chapter 13 Plan filed herein; the Debtor's Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

FURTHER APPEARING that Debtor's Motion to Incur Debt should be granted; it is therefore

James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

ORDERED that Debtor's Motion to Incur Debt be, and the same is hereby granted and the Debtor shall be permitted to borrow the amount of $26,758.00 plus interest at 15.00% per annum to be repaid with 72 equal monthly payments of $578.52 for the purchase of a 2026 Hyundai Venue or similar vehicle.

Richmond, Virginia.

Date: Jul 29 2026

/s/ Brian F Kenney

United States Bankruptcy Judge

Entered on Docket: Jul 30 2026

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
Jason E. Kane (VSB #96448)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

SEEN AND AGREED TO:

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

## CERTIFICATION OF COUNSEL

I hereby certify that this Order has been endorsed by all necessary parties.


/s/ James E. Kane
James E. Kane

## SERVICE LIST

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219